**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0423
email: jlemon@san.rr.com

Attorney for **Salvador Chavez-Chavez**

FILED

08 JAN 11 AM 11: 37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: __POV__ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **SALVADOR CHAVEZ-CHAVEZ,** ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case Nos. 07cr1407-WQH <br> 07cr1408-WQH <br><br> **ORDER AUTHORIZING COPY CONNECTION TO BILL COURT DIRECTLY FOR ORDER NO. 5** |

Upon application of counsel for defendant Salvador Chavez-Chavez, and good cause having been shown, IT IS HEREBY ORDERED AS FOLLOWS:

1)   Copy Connection is permitted to directly bill the Court, rather than Salvador Chavez-Chavez, for his purchase of Discovery Order No. 5 (in the amount of $77.65).

**SO ORDERED.**

Dated: 1/9/08

_____
HONORABLE WILLIAM Q. HAYES
District Judge